William Seed, appellee, v. Peoples National Bank & Trust Company et al., defendants, on appeal of Charles Vaitekunas and Tekla Vaitekunas, appellants. Gen. No. 34,506.

Heard in the third division of this court for the first district at the June term, 1930. Friend, J., not participating. Opinion filed October 29, 1930. Rehearing denied November 10, 1930.

Harold O. Mulks, for appellants. Anthony A. Olis, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Henry F. Boardman and Anna Belle Crist, appellants, v. State Auto Parts Corporation, appellee. Gen. No. 33,726.

Heard in the third division of this court for the first district at the October term, 1929. Friend, J., not participating. Opinion filed October 29, 1930.

Silber, Isaacs, Silber & Woley, for appellants; Martin J. Isaacs and Donald Clausen, of counsel. Koven & Perlman, for appellee; Henry H. Koven, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Dan Blankenship, appellee, v. Liberty Supply & Lumber Company, appellant. Gen. No. 33,741.

Heard in the third division of this court for the first district at the October term, 1929. Friend, J., not participating. Opinion filed October 29, 1930.

Smietanka, Poulton & Bryant, for appellant; Morton John Barnard, of counsel. M. D. Dolan, for appellee; B. A. Cummins, of counsel.

Mr. Justice Hebel delivered the opinion of the court.